**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DAVID FRANK STAHL, | : | No. 46 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| WESTMORELAND COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.